CLOSED

## U.S. District Court [LIVE]
## Western District of Texas (Austin)
## CRIMINAL DOCKET FOR CASE #: 1:24-mj-00191-SH All Defendants
### Internal Use Only

SA:19-CR-661

| | |
|---|---|
| Case title: USA v. Garcia-Saucedo | Date Filed: 04/18/2024 |
| Other court case number: 5:19-cr-661(01)FB WDTX, San Antonio Division | Date Terminated: 04/18/2024 |

Assigned to: Judge Susan Hightower

**Defendant (1)**

**Cesar Fernando Garcia-Saucedo**
*TERMINATED: 04/18/2024*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Within District Arrest | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Alan M. Buie**<br>United States Attorney's Office<br>Western District of Texas<br>903 San Jacinto Boulevard, Suite 334<br>Austin, TX 78701<br>(512) 370-1242<br>Fax: 512/916-5854<br>Email: alan.buie@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Select<br>all / clear | Docket Text |
|---|---|---|---|
| 04/18/2024 | 1 | ☑ | Arrest - Within District as to Cesar Fernando Garcia-Saucedo for case number 5:19-cr-661(01)FB in our district (San Antonio). (lt) (Entered: 04/18/2024) |
| 04/18/2024 | 🔒 2 | ☑ | Minute Entry for proceedings held before Judge Susan Hightower:Initial Appearance as to Cesar Fernando Garcia-Saucedo held on 4/18/2024 (Minute entry documents are not available electronically.) (Court Reporter FTR Gold - ERO.) (lt) (Entered: 04/18/2024) |
| 04/18/2024 | 🔒 3 | ☑ | CJA 23 Financial Affidavit by Cesar Fernando Garcia-Saucedo (SEALED pursuant to E-Government Act of 2002). (lt) (Entered: 04/18/2024) |
| 04/18/2024 | 4 | ☑ | COMMITMENT TO ANOTHER DIVISION as to Cesar Fernando Garcia-Saucedo. Defendant committed to WDTX, San Antonio Division. Signed by Judge Susan Hightower. (lt) (Entered: 04/18/2024) |
| 04/18/2024 |  |  | Proceedings Complete in Arresting Division as to Cesar Fernando Garcia-Saucedo (5:19-cr-661(01)FB). Documents to be downloaded by Charging Division. (lt) (Entered: 04/18/2024) |

[View Selected]

or

[Download Selected]

PROB 12C
(REV. 12/04)

**FILED**
April 18, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____LRT_____
DEPUTY

# UNITED STATES DISTRICT COURT
for
WESTERN DISTRICT OF TEXAS

**FILED**
FEB 06 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Austin Case Number 1:24-mj-00191-SH

| | |
|---|---|
| Name of Offender: Cesar Fernando Garcia-Saucedo | Case Number: 5:19CR-661(01)FB |
| Name of Sentencing Judicial Officer: Honorable Fred Biery, United States District Judge | |
| Date of Original Sentence: October 9, 2019 | |
| Original Offense: Illegal Re-entry Into the United States, 8 U.S.C. § 1326(a) | |
| Original Sentence: Time Served (61 days) followed by one year of supervised release; SA remitted | |
| Type of Supervision: Supervised Release | Date Supervision Commenced: October 9, 2019 |
| Assistant U.S. Attorney: Brian Nowinski | Defense Attorney: Adam L. Kobs |

### PREVIOUS COURT ACTION

None.

### PETITIONING THE COURT

☒ To issue a warrant
☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Mandatory Condition**: "The defendant shall not commit another federal, state, or local crime during the term of supervision." |
| | On December 21, 2019, the defendant was arrested by the San Marcos, Texas Police Department and charged with Assault Causing Bodily Injury. The arrest report reflects the defendant and his brother-in-law, Santiago Jimmy Narro, were both arrested after they were involved in a physical altercation causing minor and visible injuries to each other. The report further indicates officers smelled a strong odor of alcohol emitting from the defendant's person. When Mr. Narro was questioned, he told officers the defendant was extremely intoxicated and a brawl ensued after Mr. Narro attempted to prevent the defendant from departing the area in said state. |
| | The defendant was transported to the Hays County Jail, but was released to immigration authorities the following day. According to the Comal County Clerks Office, this case is pending. Immigration authorities advised the defendant was deported on January 7, 2020. |

Garcia-Saucedo, Cesar Fernando
5:19CR661(01)FB
February 3, 2020
Page 2

    2.    **Standard Condition**: "If the defendant is excluded, deported, or removed upon release on probation or supervised release, the term of supervision shall be non-reporting term of probation or supervised release. The defendant shall not illegally re-enter the United States. If the defendant is released from confinement or not deported, or lawfully re-enters the United States during the term of probation or supervised release, the defendant shall immediately report to the nearest U.S. Probation Officer."

        **Special Condition**: "The defendant shall not illegally reenter the United States. If the defendant lawfully reenters the United States during the term of probation or supervised release, the defendant shall immediately report in person to the nearest U.S. Probation Office."

        On December 21, 2019, the defendant was found in the United States illegally in violation of the standard and special conditions imposed by the Court.

**U.S. Probation Officer Recommendation:** The defendant's guideline imprisonment range in this case was 2 to 8 months. He has various misdemeanor convictions for offenses including assault, criminal trespass, evading arrest, and theft. In the instant offense, he was sentenced to the low end of his guideline range and was deported on October 9, 2019. He was found in the United States and arrested approximately two months after being deported. The defendant continues to illegally return to the United States and commit additional crimes despite being judicially warned not to return and without proper approval. It is respectfully recommended a warrant be issued and that a hearing be held to show cause why the offender's supervised release should not be revoked.

☒ The term of supervision should be

    ☒ revoked. (Maximum penalty: __1__ year imprisonment; __1__ year supervised release; and payment of any unsatisfied monetary sanction previously imposed)

    ☐ extended for __ years, for a total term of __ years.

☐ The conditions of supervision should be modified as follows:

Approved:

_____
Ryan W. Kirk
Supervising U.S. Probation Officer
Telephone: (210) 472-6590, Ext. 5338

Respectfully submitted,

_____
Margarita Garbalena
Senior U.S. Probation Officer
Telephone: (210) 472-6590, Ext. 5375
Date: February 3, 2020

cc:    Brian Nowinski
        Assistant U.S. Attorney

        Brenda Trejo-Olivarri
        Assistant Deputy Chief U.S. Probation Officer

Garcia-Saucedo, Cesar Fernando
5:19CR661(01)FB
February 3, 2020
Page 3

---

THE COURT ORDERS:

☐ No action.

☑ The issuance of a warrant.

☐ The issuance of a summons.

☑ Other   _Please advise if there is a new 1326 indictment._

_____
Honorable Fred Biery
United States District Judge

2/6/20
_____
Date

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Cesar Fernando Garcia-Saucedo<br>a/k/a Cesar Fernando Garcia<br>Cesar Garcia, Cesar F. Garcia,<br>Cesar Garcia-Saucedo<br>Cesar Fernando Saucedo-Garcia<br><br>*Defendant* | )<br>)<br>) Case No. SA-19-CR-661-FB<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Cesar Fernando Garcia-Saucedo, a/k/a (See Above),
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☑ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
See attached petition

Date: 02/07/2020

_____
*Issuing officer's signature*

City and state: San Antonio, Texas

Monica Granados-Ramos, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

United States of America                           Criminal No.: **AU:24-M -00191(1)**

v.                                                 Date Appeared: April 18, 2024

(1) Cesar Fernando Garcia-Saucedo                  Time:          2:22PM - 2:29PM (7 minutes)
*Defendant*

# INITIAL APPEARANCE ON PETITION OF REVOKED SUPERVISED RELEASE

1. Petition Filed      2/7/2020          Warrant Issued:   2/7/2020
   Appeared on Summons / Arrested  April 18, 2024    Agency:   USMS

2. COURT PERSONNEL:

   U.S. Magistrate Judge: SUSAN HIGHTOWER
   Courtroom Deputy:      Kieshonda Taylor
   Court Reporter:        FTR Gold - ERO
   Interpreter:           N/A

3. APPEARANCES:

   AUSA: N/A
   DEFT: Jesus Salinas

4. PROCEEDINGS:

   a. Age  28   Education  11th grade    Gender  Male
   b. Defendant understands proceedings and is mentally competent.  Y
   c. Defendant is informed of constitutional rights.  Y
   d. Defendant understands charges.  Y
   e. Defendant informed of right to legal counsel.  Y
      1) Defendant waives counsel.
      2) Defendant intends to retain counsel.
      3) Defendant has retained counsel:
                                                     Phone No.:
      X  4) Defendant requests appointment of counsel.
            ___ Defendant HAS NOT completed the CJA23 financial affidavit.
                Court will appoint counsel in the interest of justice based on defendantt's verbal accounting of his current financial status.
            X  Defendant HAS completed the CJA23 financial affidavit and the Court will appoint counsel because:
                X  The defendant is indigent at this time.
                ___ Even though the defendant is not indigent, counsel will be appointed in the interests of justice.
            ___ The Court finds that the defendant is NOT eligible and denies request.

   f. Preliminary / Final Revocation Hearing set for  Thursday, May 2nd in San Antonio before Judge Chestney

5. OTHER:

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § § | |
| vs. | § § | NO: AU:24-M-00191(1) |
| (1) Cesar Fernando Garcia-Saucedo | § § | Charging District's Case No.  5:19-cr-661(01)FB |

**COMMITMENT TO ANOTHER DIVISION**

The defendant has been ordered to appear in the __Western__ District of __Texas, San Antonio__.

The defendant may need an interpreter for this language: _____.

The defendant:   ☐ will retain an attorney.

 ☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

04/18/2024

 SUSAN HIGHTOWER
 UNITED STATES MAGISTRATE JUDGE